# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-3009
LT Case No. 2022-100349-CFDL

_____

FRANCISCO SEVI SIACA
MELENDEZ,

     Appellant,

     v.

STATE OF FLORIDA,

     Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Dawn Nichols, Judge.

Robert L. Sirianni, Jr., of Brownstone, P.A., Winter Park, for
Appellant.

Ashley Moody, Attorney General, Tallahassee, and Daniel P.
Caldwell, Assistant Attorney General, Daytona Beach, for
Appellee.

January 16, 2024

PER CURIAM.

     AFFIRMED.

WALLIS, LAMBERT, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____